

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-18-00721-CV

**HARVEY V. RISIEN, LLC** and Harvey V. Risien,
Appellants

v.

**MISSARK INVESTMENTS GP, LLC**, Missark Investments LP, JH Design LP, and GM GP
Management, LLC,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15535
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

A filing fee of $205 was due when this appeal was filed, but it was not paid. *See* Tex. Sup. Ct., Fees Charged in the Supreme Court, In Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Docket No. 15-9158 (Aug. 28, 2015). The fee remains unpaid, and appellants have not filed a sworn statement of inability to afford payment of court costs.

We therefore order appellants, by **November 5, 2018,** to either: (1) pay the filing fee; or (2) provide written proof to this court that appellants are indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from prepaying fees and costs. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).

If appellants fail to respond satisfactorily within the time ordered, this appeal may be dismissed without further notice. *See* TEX. R. APP. P. 5 (providing appellate courts may enforce rule requiring payment of costs "by any order that is just"), 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court